## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 24-1006-JCM |
| | : | |
| Timothy A. Guriel, | : | CHAPTER 13 |
| Debtor | : | |
| | : | |

### PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

November 16, 2023 – December 28, 2023

Next Payment Advice Expected (post-filing):

January 11, 2024

K.D.

# GURIEL, TIMOTHY

  **Earnings Statement** 

WHEATLAND TUBE, LLC
PO BOX 608
WHEATLAND, PA 1616

| Period Beginning: | 10/23/2023 |
| Period Ending: | 11/05/2023 |
| Pay Date: | 11/16/2023 |

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  PA: 1

TIMOTHY A GURIEL
123 CHURCH STREET
GREENVILLE PA 16125

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.5790 | 44.10 | 1,172.13 | 41,733.85 |
| Regular | 29.4270 | 32.00 | 941.66 | |
| OT Premium | 13.2895 | .10 | 1.33 | 1,115.17 |
| OT Premium | 13.5645 | 4.00 | 54.26 | |
| Float Holiday | 46.7600 | 8.00 | 374.08 | 374.08 |
| Gain Sharing | | | 674.81 | 11,269.93 |
| Reika Incent | | | 356.26 | 12,414.75 |
| Shift Diff | 0.4000 | 32.00 | 12.80 | 230.29 |
| Shift Diff | 0.5500 | 9.10 | 5.01 | |
| Adj Straight | | | | 21.45 |
| Holiday Worked | | | | 105.26 |
| Mair Incent | | | | 890.00 |
| Unworkd Hol | | | | 2,458.32 |
| Vac Payout | | | | 2,037.20 |
| Vacation | | | | 6,111.60 |
| Volume Share | | | | 4,350.91 |
| **Gross Pay** | | | **$3,592.34** | 83,112.81 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -378.18 | 7,769.56 |
| | Social Security Tax | -218.11 | 5,051.55 |
| | Medicare Tax | -51.01 | 1,181.41 |
| | PA State Income Tax | -107.98 | 2,500.83 |
| | Farrell City Income Tax | -35.17 | 814.64 |
| | PA SUI Tax | -2.52 | 58.18 |
| | **Other** | | |
| | Ded- Pretax | -75.00* | 1,650.00 |

| Other | this period | year to date |
|---|---|---|
| Occupationl Tax | -2.00 | 46.00 |
| 401K Matched | -215.54* | 4,986.79 |
| 401K Unmatched | -395.15* | 9,142.42 |
| Sam's Club Dues | | 35.00 |
| Union Dues | | 1,015.69 |

| Net Pay | $2,111.68 |
| Checking 2 | -2,111.68 |
| Net Check | $0.00 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,906.65

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er Match | 86.22 | 1,994.68 |
| Group Term Life | 0.60 | 13.80 |
| Totl Hrs Worked | 84.10 | |

**Important Notes**
BASIS OF PAY: HOURLY

---



WHEATLAND TUBE, LLC
PO BOX 608
WHEATLAND, PA 1616

Deposited to the account of
TIMOTHY A GURIEL

| Advice number: | 00000460061 |
| Pay date: | 11/16/2023 |

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0006 | xxxx xxxx | $2,111.68 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**


**Sharon** Tube
A DIVISION OF ZEKELMAN INDUSTRIES

SEQ 000343

WHEATLAND TUBE, LLC
PO BOX 608
WHEATLAND, PA 1616


**Earnings Statement**

Period Beginning: 11/06/2023
Period Ending: 11/19/2023
Pay Date: 11/30/2023

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 1
 PA: 1

TIMOTHY A GURIEL
123 CHURCH STREET
GREENVILLE PA 16125

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Vacation | 46.3000 | 44.00 | 2,037.20 | 8,148.80 |
| Regular | | | | 43,413.64 |
| OT Premium | | | | 1,212.77 |
| Adj Straight | | | | 21.45 |
| Float Holiday | | | | 374.08 |
| Gain Sharing | | | | 11,723.81 |
| Holiday Worked | | | | 105.26 |
| Mair Incent | | | | 890.00 |
| Reika Incent | | | | 13,042.90 |
| Shift Diff | | | | 250.37 |
| Unworkd Hol | | | | 2,458.32 |
| Vac Payout | | | | 2,037.20 |
| Volume Share | | | | 4,350.91 |
| **Gross Pay** | | | **$2,037.20** | 88,029.51 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -150.36 | 8,184.42 |
| | Social Security Tax | -126.30 | 5,356.42 |
| | Medicare Tax | -29.54 | 1,252.71 |
| | PA State Income Tax | -62.54 | 2,651.77 |
| | Farrell City Income Tax | -20.37 | 863.81 |
| | PA SUI Tax | -1.43 | 61.62 |
| Other | | | |
| | 401K Matched | -122.23* | 5,281.79 |
| | 401K Unmatched | -224.09* | 9,683.26 |
| | Ded- Pretax | | 1,650.00 |
| | Occupationl Tax | | 48.00 |

| Other | this period | year to date |
|---|---|---|
| Sam's Club Dues | | 35.00 |
| Union Dues | | 1,015.69 |
| **Net Pay** | **$1,300.34** | |
| Checking 2 | -1,300.34 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,690.88

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er Match | 48.89 | 2,112.68 |
| Group Term Life | | 14.40 |

**Important Notes**
BASIS OF PAY: HOURLY

---

© 2000 ADP, Inc.

**Sharon** Tube
A DIVISION OF ZEKELMAN INDUSTRIES

WHEATLAND TUBE, LLC
PO BOX 608
WHEATLAND, PA 1616

Advice number: 00000480057
Pay date: 11/30/2023

Deposited to the account of
TIMOTHY A GURIEL

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0006 | xxxx xxxx | $1,300.34 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**SharonTube** SEQ 000342

WHEATLAND TUBE, LLC
PO BOX 608
WHEATLAND, PA 1616

**Earnings Statement** ADP

Period Beginning: 11/06/2023
Period Ending: 11/19/2023
Pay Date: 11/30/2023

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1
PA: 1

TIMOTHY A GURIEL
123 CHURCH STREET
GREENVILLE PA 16125

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.5790 | 63.20 | 1,679.79 | 43,413.64 |
| OT Premium | 13.4895 | .80 | 10.79 | 1,212.77 |
| OT Premium | 13.5645 | 6.40 | 86.81 | |
| Gain Sharing | | | 453.88 | 11,723.81 |
| Reika Incent | | | 628.15 | 13,042.90 |
| Shift Diff | 0.4000 | 39.20 | 15.68 | 250.37 |
| Shift Diff | 0.5500 | 8.00 | 4.40 | |
| Adj Straight | | | | 21.45 |
| Float Holiday | | | | 374.08 |
| Holiday Worked | | | | 105.26 |
| Mair Incent | | | | 890.00 |
| Unworkd Hol | | | | 2,458.32 |
| Vac Payout | | | | 2,037.20 |
| Vacation | | | | 6,111.60 |
| Volume Share | | | | 4,350.91 |
| **Gross Pay** | | | **$2,879.50** | 85,992.31 |

| Other | this period | year to date |
|---|---|---|
| 401K Unmatched | -316.75* | 9,459.17 |
| Ded- Pretax | | 1,650.00 |
| Sam's Club Dues | | 35.00 |
| Union Dues | | 1,015.69 |

| Net Pay | $1,783.94 |
|---|---|
| Checking 2 | -1,783.94 |
| Net Check | $0.00 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,389.98

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er Match | 69.11 | 2,063.79 |
| Group Term Life | 0.60 | 14.40 |
| Totl Hrs Worked | 63.20 | |

**Important Notes**
BASIS OF PAY: HOURLY

**Deductions**

| Statutory | | |
|---|---|---|
| Federal Income Tax | -264.50 | 8,034.06 |
| Social Security Tax | -178.57 | 5,230.12 |
| Medicare Tax | -41.76 | 1,223.17 |
| PA State Income Tax | -88.40 | 2,589.23 |
| Farrell City Income Tax | -28.80 | 843.44 |
| PA SUI Tax | -2.01 | 60.19 |

| Other | | |
|---|---|---|
| Occupationl Tax | -2.00 | 48.00 |
| 401K Matched | -172.77* | 5,159.56 |



**SharonTube**

WHEATLAND TUBE, LLC
PO BOX 608
WHEATLAND, PA 1616

Deposited to the account of
TIMOTHY A GURIEL

Advice number: 00000480056
Pay date: 11/30/2023

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0006 | xxxx xxxx | $1,783.94 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

 

**Earnings Statement**

SEQ 000076

WHEATLAND TUBE, LLC
PO BOX 608
WHEATLAND, PA 1616

Period Beginning: 12/08/2023
Period Ending: 12/08/2023
Pay Date: 12/08/2023

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  PA: 1

TIMOTHY A GURIEL
123 CHURCH STREET
GREENVILLE PA 16125

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Bonus | | | 3,000.00 | 3,000.00 |
| Regular | | | | 43,413.64 |
| OT Premium | | | | 1,212.77 |
| Adj Straight | | | | 21.45 |
| Float Holiday | | | | 374.08 |
| Gain Sharing | | | | 11,723.81 |
| Holiday Worked | | | | 105.26 |
| Mair Incent | | | | 890.00 |
| Reika Incent | | | | 13,042.90 |
| Shift Diff | | | | 250.37 |
| Unworkd Hol | | | | 2,458.32 |
| Vac Payout | | | | 2,037.20 |
| Vacation | | | | 8,148.80 |
| Volume Share | | | | 4,350.91 |
| **Gross Pay** | | | **$3,000.00** | 91,029.51 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -547.80 | 8,732.22 |
| | Social Security Tax | -186.00 | 5,542.42 |
| | Medicare Tax | -43.50 | 1,296.21 |
| | PA State Income Tax | -92.10 | 2,743.87 |
| | Farrell City Income Tax | -30.00 | 893.81 |
| | PA SUI Tax | -2.10 | 63.72 |
| | Other | | |
| | 401K Matched | -180.00* | 5,461.79 |
| | 401K Unmatched | -330.00* | 10,013.26 |
| | Ded- Pretax | | 1,650.00 |

| Other | this period | year to date |
|---|---|---|
| Occupationl Tax | | 48.00 |
| Sam's Club Dues | | 35.00 |
| Union Dues | | 1,015.69 |

| | | |
|---|---|---|
| **Net Pay** | | **$1,588.50** |
| Checking 2 | | -1,588.50 |
| **Net Check** | | **$0.00** |

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,490.00

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er Match | 72.00 | 2,184.68 |
| Group Term Life | | 14.40 |

**Important Notes**
BASIS OF PAY: HOURLY

---



WHEATLAND TUBE, LLC
PO BOX 608
WHEATLAND, PA 1616

Deposited to the account of
TIMOTHY A GURIEL

Advice number: 00000490055
Pay date: 12/08/2023

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0006 | xxxx xxxx | $1,588.50 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**



**SharonTube**
A DIVISION OF ZEKELMAN INDUSTRIES
SEQ 000114
WHEATLAND TUBE, LLC
PO BOX 608
WHEATLAND, PA 1616

**Earnings Statement**    ADP

Period Beginning:    11/20/2023
Period Ending:    12/03/2023
Pay Date:    12/14/2023

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:  1
  PA:  1

TIMOTHY A GURIEL
123 CHURCH STREET
GREENVILLE PA 16125

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.5790 | 48.00 | 1,275.79 | 44,689.43 |
| OT Premium | 13.2895 | 8.00 | 106.32 | 1,319.09 |
| Gain Sharing | | | 306.80 | 12,030.61 |
| Holiday Worked | 13.2900 | 8.00 | 106.32 | 211.58 |
| Mair Incent | | | 100.00 | 990.00 |
| Reika Incent | | | 450.00 | 13,492.90 |
| Unworkd Hol | 43.6800 | 24.00 | 1,048.32 | 3,506.64 |
| Adj Straight | | | | 21.45 |
| Bonus | | | | 3,000.00 |
| Float Holiday | | | | 374.08 |
| Shift Diff | | | | 250.37 |
| Vac Payout | | | | 2,037.20 |
| Vacation | | | | 8,148.80 |
| Volume Share | | | | 4,350.91 |
| **Gross Pay** | | | **$3,393.55** | 94,423.06 |

| Other | this period | year to date |
|---|---|---|
| 401K Matched | -203.62* | 5,665.41 |
| 401K Unmatched | -373.29* | 10,386.55 |
| Sam's Club Dues | | 35.00 |

| Net Pay | $1,897.58 |
|---|---|
| Checking 2 | -1,897.58 |
| Net Check | $0.00 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,741.64

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er Match | 81.45 | 2,266.13 |
| Group Term Life | 0.60 | 15.00 |
| Totl Hrs Worked | 48.00 | |

**Important Notes**
BASIS OF PAY: HOURLY

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -341.87 | 9,074.09 | |
| Social Security Tax | -205.79 | 5,748.21 | |
| Medicare Tax | -48.13 | 1,344.34 | |
| PA State Income Tax | -101.87 | 2,845.74 | |
| Farrell City Income Tax | -33.18 | 926.99 | |
| PA SUI Tax | -2.38 | 66.10 | |
| **Other** | | | |
| Ded- Pretax | -75.00* | 1,725.00 | |
| Occupationl Tax | -2.00 | 50.00 | |
| Union Dues | -108.84 | 1,124.53 | |



VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**SharonTube**
A DIVISION OF ZEKELMAN INDUSTRIES
WHEATLAND TUBE, LLC
PO BOX 608
WHEATLAND, PA  1616

Advice number:  00000500067
Pay date:  12/14/2023

Deposited to the account of
TIMOTHY A GURIEL

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0006 | xxxx xxxx | $1,897.58 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.



**SharonTube**
A DIVISION OF ZEKELMAN INDUSTRIES
SEQ 000452
WHEATLAND TUBE, LLC
PO BOX 608
WHEATLAND, PA 1616

**Earnings Statement** — ADP

Period Beginning: 12/04/2023
Period Ending: 12/17/2023
Pay Date: 12/28/2023

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  PA: 1

TIMOTHY A GURIEL
123 CHURCH STREET
GREENVILLE PA 16125

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.5790 | 88.00 | 2,338.95 | 47,028.38 |
| OT Premium | 13.2895 | 8.00 | 106.32 | 1,425.41 |
| Gain Sharing | | | 519.72 | 12,550.33 |
| Reika Incent | | | 862.50 | 14,355.40 |
| Shift Diff | 0.4000 | 40.00 | 16.00 | 266.37 |
| Adj Straight | | | | 21.45 |
| Bonus | | | | 3,000.00 |
| Float Holiday | | | | 374.08 |
| Holiday Worked | | | | 211.58 |
| Mair Incent | | | | 990.00 |
| Unworkd Hol | | | | 3,506.64 |
| Vac Payout | | | | 2,037.20 |
| Vacation | | | | 8,148.80 |
| Volume Share | | | | 4,350.91 |
| **Gross Pay** | | | **$3,843.49** | 98,266.55 |

| Deductions | | this period | year to date |
|---|---|---|---|
| Statutory | | | |
| Federal Income Tax | | -424.03 | 9,498.12 |
| Social Security Tax | | -233.68 | 5,981.89 |
| Medicare Tax | | -54.65 | 1,398.99 |
| PA State Income Tax | | -115.69 | 2,961.43 |
| Farrell City Income Tax | | -37.69 | 964.68 |
| PA SUI Tax | | -2.69 | 68.79 |
| Other | | | |
| Ded- Pretax | | -75.00* | 1,800.00 |
| Occupationl Tax | | -2.00 | 52.00 |
| 401K Matched | | -230.61* | 5,896.02 |

| Other | this period | year to date |
|---|---|---|
| 401K Unmatched | -422.78* | 10,809.33 |
| Sam's Club Dues | | 35.00 |
| Union Dues | | 1,124.53 |
| **Net Pay** | **$2,244.67** | |
| Checking 2 | -2,244.67 | |
| **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $3,115.10

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er Match | 92.24 | 2,358.37 |
| Group Term Life | 0.60 | 15.60 |
| Totl Hrs Worked | 88.00 | |

**Important Notes**
BASIS OF PAY: HOURLY

© 2003 ADP, Inc.

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**SharonTube**
A DIVISION OF ZEKELMAN INDUSTRIES
WHEATLAND TUBE, LLC
PO BOX 608
WHEATLAND, PA 1616

Advice number: 00000520057
Pay date: 12/28/2023

**THIS IS NOT A CHECK**

Deposited to the account of
TIMOTHY A GURIEL

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0006 | xxxx xxxx | $2,244.67 |

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.