UNITED STATES BANKRUPTCY COURT
FOR WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Timothy A Guriel      CHAPTER: 13
123 Church ST      CASE NUMBER: 24-10006
Greenville, PA 16125      CLAIM AMOUNT: $565.01

Debtors.
_____

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Jefferson Capital Systems LLC, and pursuant to Rule 3006, F.R.Bkcy.P., hereby withdraws its Proof of Claim, filed 2/16/2024, in the amount of $565.01.

Jefferson Capital Systems LLC hereby releases and discharges the Chapter 13 Trustee from any further liability for said Proof of Claim, and specifically requests the Chapter 13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

This 21st day of February, 2024.

Jefferson Capital Systems LLC

By: /s/ Rhonda Pratt_____
Rhonda Pratt   Bankruptcy Specialist

Jefferson Capital Systems, LLC
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314

**CERTIFICATE OF SERVICE**

I do hereby certify that I served a copy of the NOTICE OF WITHDRAWAL OF

PROOF OF CLAIM filed in the Bankruptcy case on:

| | |
|---|---|
| Debtor: | Timothy A Guriel<br>123 Church ST<br>Greenville, PA 16125 |
| Debtor's Attorney: | Daniel Foster<br>1210 Park AVE<br>Meadville, PA 16335 |
| Chapter 13 Trustee: | RONDA J WINNECOUR |

by submitting electronically with the court.

    This 21st day of February, 2024.

                        Jefferson Capital Systems LLC

                        By: /s/ Rhonda Pratt
                        Rhonda Pratt   Bankruptcy Specialist

                        Jefferson Capital Systems, LLC
                        200 14th Avenue E
                        Sartell, MN 56377
                        (800) 928-7314