**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

TIMOTHY A. GURIEL

Debtor(s)

Ronda J. Winnecour
      Movant
   vs.
No Repondents.

Case No.:24-10006

Document No.:

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 01/04/2024  and confirmed on 03/26/2024 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 21,497.21 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 21,497.21 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,000.00 | |
|    Trustee Fee | 1,289.71 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,289.71 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| US BANK TRUST NA - OWNER TRUSTEE I | 0.00 | 12,629.26 | 0.00 | 12,629.26 |
|    Acct: 1350 | | | | |
| US BANK TRUST NA - OWNER TRUSTEE I | 34,693.25 | 4,573.24 | 0.00 | 4,573.24 |
|    Acct: 1350 | | | | |
| | | | | 17,202.50 |
| Priority | | | | |
| DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| TIMOTHY A. GURIEL | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| TIMOTHY A. GURIEL | 5.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| DANIEL P FOSTER ESQ** | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 5.00 | 5.00 | 0.00 | 5.00 |
|    Acct: XXXXXXXXXXXXXXXXX0006 | | | | |

| 24-10006 | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 2 of 2 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| | | | | 5.00 |
| **Unsecured** | | | | |
| COAST TO COAST | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0647 | | | | |
| CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2227 | | | | |
| CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6525 | | | | |
| ENVISION PHYSICIAN SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2210 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6883 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2321 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1110 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1089 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3256 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

| TOTAL PAID TO CREDITORS | | | | 17,207.50 |

TOTAL CLAIMED
PRIORITY            5.00
SECURED        34,693.25
UNSECURED          0.00

Date: 02/13/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com